FILED 19 NOV '12 11:24 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE     DIVISION

_Michael W. Haliburton_
_Heather Wilburn Haliburton_
(Enter full name of plaintiff(s))

**Plaintiff(s),**

v.

_Christopher Vosberg Linn Co Parole + Probation Officer_
_Rick Bergey Linn Co Parole + Probation Dir._
_Timothy Mueller Linn Co Sheriff_
(Enter full name of ALL defendant(s))

**Defendant(s).**

**6:12 - CV - 2136  AA**

**Civil Case No. _____**
_(to be assigned by Clerk of the Court)_

**PRISONER CIVIL RIGHTS
COMPLAINT**

## I.

A.   Have you brought any other action or appeal in a court of the United States while a prisoner?

Yes ☒          No ☐

B.   If your answer to A is yes, how many? __2__ . Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

1.   Parties to the previous lawsuit:

Defendants: _Chris Vosberg, Rick Bergey, Tim Mueller_

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008

Page 1

Plaintiffs: *Michael w. Haliburton*
*Heather welburn Haliburton*

2.   Court: *US District Court*

3.   Docket Number: *6:2012 cv 01612*

4.   Name of judge to whom case was assigned: *AA*

5.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

*Pending*

6.   Approximate date of filing: *Sept 2012*

7.   Approximate date of disposition: _____

## II.

A.   Place of confinement: *Linn Co Jail*

B.   Is there a prisoner grievance procedure in this institution?

Yes ☑        No ☐

C.   Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑        No ☐

If your answer is no, explain why not:

_____

_____

D.   Is the grievance process completed?

Yes ☑        No ☐

## III.  PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A.    Name of plaintiff: Michael W. Haliburton

Security Identification No.: 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

Address: 118 SE 2 1115 SE Jackson St, (Linn Co Jail) CURRENT
Albany, OR 97322

Ph#. 541-829-3879    Home = 445 SW Tunison ave #10 Corvallis OR 97533

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B.    Defendant Chris Vosberg is employed as a Probation Officer
at Linn Co Parole + Probation 118 SE 2ud ave
Albany, OR 97321

Defendant Linn Co. Jail  TIM Mueller is employed as Sheriff
at Linn Co. Jail 1115 SE Jackson St Albany, OR. 97322

Defendant Rick Burgey is employed as Director
at Linn Co. Parole + Probation 118 2nd ave SE
Albany, OR. 97521

Defendant _____ is employed as _____
at _____

Defendant _____ is employed as _____
at _____

Additional defendants: _____

_____

_____

I Don't know what all my rights are but I am
asking for help in stating my claims and right
I Fear I am in imminate danger if I am not protected
Soon.

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been
violated.

all of those

Cruel + Unusual Punishment (8th amendment
Retaliation                    4th amendment
Freedom of Association         1st amendment
Equal protection under the Laws/4th amendment
Sexual abuse

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how* et al.
*each defendant is involved and when the conduct occurred. It is not necessary to give any legal
arguments or cite any cases or statutes.)*

IN The Months between ~~Some~~ April-July 2012, I was sexually abused
by My P.O. Chris Vosburg and groped inappropriately while we
were alone in my bedroom by him grabbing a handful of my
buttocks placing me in great Fear and anguish and distress
Shock + shame asking me iF I "liked That" I was then
arrested FOR having a straw in my pocket + Not Reporting.
Then another incident was when He told me "He could break me + my
wife up Because he had all the "Power" then actually carrying over this
threat by ordering me out of my Home, and ordering my wife
Heather + I to stay away From eachother and ordered out of my
own county, when we ignored this order. I have been incarcerated
FOR Not Following it 6 times and counting I am now in Jail over it
we have no order From court, No Domestic issues whatsoever against
sometime between august and 2 weeks into sept 2012 I was again.
the bathroom at his office to give a u/a when he came up ordered to
I was urinating in the cup and bumped up on me where I couldn't move
took my cup and stated IF ~~I~~ I did Him a "Favor" He would Never backlash/
BY Falsly telling me I was Dirty FOR Meth, Playing head games Sanction

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been
violated.

Equal protection under the Laws
Due process Clause
Freedom of association
1st amendment                 Retaliation
14th amendment  et, al
1st amendment
8th amendment
4th amendment

saying me out of Shall
it was negative he exposisted this is
psychologically
I've been
Tortured
11.11.

Supporting Facts: *(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

I was arrested by (PO Vosberg) FOR Probation Violation (Benton County Sheriff) on 10-16-12 for being with my wife Heather and for being in my own country of residance of Benton Co. I have been filing complaint with his boss but to no success at all I was just out of jail 4 days after serving 15 now I am serving 30 Scheduled FOR Release on 10-14-12 but as I write this complaint I was notified that I am not getting Released as my Release date has been taken away by P.O. Vosberg I now do not have a Release simply because I've been complaining, Filing Lawsuits Calling my Family He's told me he has the power to break me + my family Stop my mail then actually does it, by throwing me in Jail + Restricting my phone calls He says I am the criminal + He's the p.o. "who will allways win" they cause so the Jail Deputies punished me also for calling my wife, believe so evidence "will be "with" my lawsuit claims" while I wait FOR the p.o. to give me more jail time on Nov. 9th 2012 so as of Right now I have no idea when I get Released eras. my so lockdown

**Claim III**

IN The last 2 months, Excessive + Cruel punishments

State what right under the Constitution, laws, or treaties of the United States has been violated,

Denial of Medical assistance Retaliation + Cruel indifference

| | | |
|---|---|---|
| Discrimination | Freedom of Expression | |
| Equal protection | 14th | Criminal Mistreatment |
| Due Process | 8th | False-imprisonment |
| Retaliation | 1st | Unlawful detention |
| FRee speech | 4th et al | detention |

Supporting Facts: *(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

On 11-13-12 I Reported sexual abuse FROM my P.O. Chris Vosberg to Medical staff, Doctor Nelson and jail Deputies and they have largely ignored my pleas for help still 2 days later I still haven't spoken nor seen anybody they are all ignoring me although I finally got the courage to speak out + ask FOR help. I Feel as tho at jail are treating me indifferent and am being victimized and not given medical attention I clearly need, this is messing me up mentally + physically Psychologically I live in Fear and constantly distressed I am being treated as if I am making it up without even taking seriously by the lack of concern FOR my safety by totally ignoring my reports I Feel I was punished Right after Reporting the p.o. abuse to Jail + staff and I am told if I Report it again I will be punished again and again till I keep quiet.

(right margin handwritten text:) with nurse lockdown visit Refuse to Return me to County I Expose down 24 hrs Date as has already been here 30 days + 15 guilty of no crime + 4. refuse to give me p.o. etc. inslead ignoring my Reports

unFair + partial treatment

Retaliation as cruel + unusual punishment
given by P.o. Vosberg when he threatened me with
"Using More power to keep Me silent" then placing More
unwarranted Restriction of total No contact with Heather Welburn
Haliburton my wife, And co-petitioner in lawsuits against Him
And Not allow us to ever co-petition together in complaining
against Him, denying us a constitutional Right to a Fair Trial
*(If you have additional claims, describe them on another piece of paper, using the same outline.)* + actively
    Co-petition and communicate or claim together effectively

## V.   RELIEF

State *briefly* exactly relief you are seeking.  Make no legal arguments.  Cite no cases or
statutes. Issue a Temporary Restraining order against the defendants
(H:M) P.O.     Preliminary Injunction in place to un restrict my call + visit
Vosberg     compensatory, punitive, monetary damages * 9 million Tax Free
    Federal Protection from (Him) immediately     Lump Sum
    want an letter of apology from defendants     Taxes paid by
    P.O. Vosberg Fired + Jailed     defendants
    All attorney Fees paid by defendants
    All defendants held accountable so this never happens again.
    Restriction at Linn Co Jail lifted immediately
    The ability to move Freely in Benton Co without hindrance
    and Restrictions lifted so we can collaborate on complaint against
Signed this *14* day of *November*, 20 *12*.     defendants

And For this Not to happen again
to me....

    given Fair treatment?          _____
    Issue a declaratory          _H.H_____
    Judgment on my          *(Signature of Plaintiff(s))*
    Rights on defendants.
    and Courts to call my wife Heather @
    to see that she's okay + safe + allow     Ph# 541-829-3879
    tell her I love her and miss her     her to visit me